AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JERRITT JEREMY PACE | ) Case No. |
| DOB: xx/xx/xxxx - PDID: xxx-xxx | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29, 2020__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(d) | Received an explosive in interstate commerce with the intent to use it unlawfully to damage or destroy a building. |
| 18 U.S.C. § 844(e) | Used an instrumentality of interstate commerce to willfully threaten to destroy a building by means of fire or explosive. |
| 18 U.S.C. § 844(i) | Willfully damaged, or attempted to damage, a building that was used in an activity affecting interstate commerce by means of fire or explosive. |
| 18 U.S.C. § 231(a) | Commits, or attempts to commit, any act to interfere with law enforcement officer's performance of official duties during a civil disorder. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☐ Continued on the attached sheet.

*Complainant's signature*

Kenniss Weeks, Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/11/2020

*Judge's signature*

City and state: Washington, D.C.    Robin M. Merweather, United States Magistrate
*Printed name and title*