AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:20-mj-00110 |
| JERRITT JEREMY PACE | ) Assigned To : Magistrate Judge Robin M. Meriweather |
|  | ) Assign. Date : 6/11/2020 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JERRITT JEREMY PACE**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(d) (Unlawful Transportation of Explosive Materials with Intent to Injure);
18 U.S.C. § 844(e) (Willfully Making a Threat);
18 U.S.C. § 844(i) (Arson); and
18 U.S.C. § 231(a) (Civil Disorder)

Date: 06/11/2020

2020.06.11
16:54:20 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

ROBIN M. MERIWEATHER, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 6/12/20, and the person was arrested on *(date)* 6/12/20
at *(city and state)* Washington, DC.

Date: 6/12/2020

*Arresting officer's signature*

ALEX CRIADO, DUSM
*Printed name and title*