UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 20-MJ-110 |
| | : | |
| JERRITT JEREMY PACE, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 844(d) |
| Defendant. | : | (Received an Explosive with the Intent to Unlawfully Damage or Destroy a Building) |
| | : | 18 U.S.C. § 844(e) |
| | : | (Willfully Threatened to Destroy a Building by Means of Fire or Explosive) |
| | : | 18 U.S.C. § 844(i) |
| | : | (Willfully Attempted to Damage a Building by Means of Fire or Explosive) |

Case: 1:20-cr-00104
Assigned To : Contreras, Rudolph
Assign. Date : 7/7/2020
Description: INDICTMENT (B)

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about May 29, 2020, in the District of Columbia, **JERRITT JEREMY PACE**, received in interstate commerce, explosive materials, to wit: approximately one gallon of gasoline, with knowledge and intent that the said explosive materials would be used to unlawfully damage and destroy a building, and other real property.

(**Receiving an Explosive in Interstate Commerce with the Intent to Unlawfully Damage or Destroy a Building**, in violation of Title 18, United States Code, Section 844(d))

## COUNT TWO

On or about May 29, 2020, in the District of Columbia, **JERRITT JEREMY PACE**, through the use of an instrument of interstate or foreign commerce, to wit: the Internet, willfully made a threat to unlawfully damage and destroy a building and other real or personal property, to wit: the Metropolitan Police Department, Fourth District Station, by means of fire or an explosive, in and affecting interstate or foreign commerce.

**(Willfully Threatened to Damage or Destroy a Building by Means of Fire or Explosive Using an Instrument of Interstate Commerce**, in violation of Title 18, United States Code, Section 844(e))

## COUNT THREE

On or about May 29, 2020, in the District of Columbia, **JERRITT JEREMY PACE**, maliciously attempted to damage and destroy, by means of fire and explosive materials the Metropolitan Police Department, Fourth District Station, located at 6001 Georgia Avenue, Northwest, Washington, D.C., and associated real property, which is used in and affects interstate commerce.

**(Maliciously Attempted to Damage or Destroy a Building by Means of Fire or Explosive**, in violation of Title 18, United States Code, Section 844(i))

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia.