# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  20-104 (RC) |
| | : | |
| JERRITT JEREMY PACE, | : | |
| | : | |
| Defendant. | : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **March 3, 2021 at 11:30 A.M.** in Courtroom 14;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **January 26, 2021**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **February 9, 2021**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **February 16, 2021**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **February 22, 2021**, with all responses (if any) due by **February 26, 2021**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  November 24, 2020                                                                RUDOLPH CONTRERAS
                                                                                                           United States District Judge