1/18/23

To the Clerk of the Court,

Can you please help me get this motion filed in spite of the pencil? I am held in protective custody and do not have access to any other way to write.

Thank you!

Jerritt Pace
#09314-078
USP CANAAN
PO Box 300
Waymart, PA
18472

LEAVE TO FILE GRANTED
[signature]
2/9/2023

LEAVE TO FILE GRANTED

RECEIVED
Mail Room
JAN 25 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

By (both of PCS and) where he was assaulted with two months of no (initial) sustaining injuries that resulted in a leg, hospital stay, during which time he's sustained injuries could not be treated in which specifically the left arm and had been broken and according to the Doctors at

would be getting transferred to another facility. However the transfere did not occur and it has come to the defendants attention as of 1/18/23 that he will not in fact be being transfered due to the time left in the sentence. There is four and a half months

2

left of the sentence, and, because of this significant length of time and the serious nature of the injury the defendant comes respectfully before the court with this motion to grant a compassionate release under the First Care Act for the remainder of the sentence so he can have the injury treated in a timely manner to prevent the likely outcome that, if left untreated in a timely way, the injury results in a lifelong deformity that becomes untreatable.

The defendant, Mr. Pace, writes this motion on his own behalf and apologizes for the pencil written words. That is all that is being made available to him.

United States District
Court For The District
of Columbia

United States of
America

No. 20-cr-104
(RC)

v.

Jerritt Pace,
Defendant

RECEIVED
Mail Room
JAN 25 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Motion Requesting Release
according to Compassionate
Care Act under First Step
Act

The defendant motions the sentensing court to release the defendant, Jerritt Pace, according to statutes provided under the First Step act governing Compassionate Care For the following reasons: the defendant was originally sent to Hazleton USP in the Federal

Before [illegible] PG&N's where he was assaulted with, two months of his arrival sustaining injuries that resulted in a 3 day hospital stay during which time the sustained injuries could not be treated, in which, specifically the left arm had been broken, and, according to the Doctor's at

1

another facility. However the transfere did not occur and it has come to the defendant's attention as of 1/18/23 that he will not in fact be being transfered due to the time left in the sentence. There is four and a half months

2

left in the sentence, and, because of this significant length of time and the serious nature of the injury, the defendant comes respectfully before the court with this motion to grant a Compassionate Release under the First Step Act for the remainder of the sentence so he can have the injury treated in a timely manner to prevent the likely outcome that, if left untreated in a timely way, the injury results in a lifelong deformity that becomes untreatable.

The defendant, Mr. Pace, writes this motion on his own behalf and apologizes for the pencil written words. That is all that is being made available to him.

convincing the court in this matter, & while he tried to include the medical documents the court could use to ascertain that there is indeed a serious injury that is unable to be treated by the medical staff at this facility, due to the security

3

precautions the staff at the Facility have enacted to maintain order in the Facility, he has been unsuccessful to include these documents. In the understandable event that the Court is unable to make a decision to grant a compassionate care release based on the bare information provided in this motion, the defendant respectfully requests a hearing to be scheduled that will allow the defendant the resources necessary to access the necessary evidentiary proof of these assertions, which will also have the byproduct of returning the defendant to the PL Jail where it is likely they have the necessary resources to host these

type of injury)

In short, the defendant respectfully motions this court to grant release according to Compassionate release provisions included in the First Step Act or hold a hearing on this motion so the defendants serious medical injury can be treated.

4

Respectfully Submitted,

Jerritt Pace
#09314-078
USP CANAAN
PO BOX 300
Waymart, PA
18472

Serritt Pace
#09314-078
USP CANAAN
Po Box 300
Waymart, PA
18472

LEHIGH VALLEY PA 180
19 JAN 2023 PM 4 L

United States District Court
District of Columbia
Attn: Clerk of the Court
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

1/18/23

To the Clerk of the Court,

Can you please help me get this motion filed in spite of the pencil? I am held in protective custody and do not have access to any other way to write.

Thank you!

Jerritt Pace
#09314-078
USP CANAAN
PO Box 300
Waymart, PA
18472

LEAVE TO FILE GRANTED
[signature]
2/9/2023

RECEIVED
Mail Room
JAN 25 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia